Case 2:20-cr-00331-RGK   Document 12   Filed 08/04/20   Page 1 of 2   Page ID #:45

FILED
CLERK, U.S. DISTRICT COURT
8/4/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIO ERNESTO ALVARADO,<br><br>    Defendant. | CR 2:20-cr-00331-RGK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 844(i): Arson of a Building Used in Interstate and Foreign Commerce and Used in Activities Affecting Interstate and Foreign Commerce] |
|---|---|

The Grand Jury charges:

[18 U.S.C. § 844(i)]

On or about May 30, 2020, in Los Angeles County, within the Central District of California, defendant MARIO ERNESTO ALVARADO, maliciously damaged and destroyed, by means of fire, buildings used

//

//

//

in interstate and foreign commerce, and used in activities affecting interstate and foreign commerce, namely, Pizzeria Mozza, located at 641 N. Highland Avenue, Los Angeles, California, and Mozza2Go, located at 6610 Melrose Avenue, Los Angeles, California.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent and Organized
Crimes Section

BRUCE K. RIORDAN
Assistant United States Attorney
Violent and Organized Crimes
Section

2