PS 8
(Rev. 1/19)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
04/30/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___SW___ DEPUTY

U.S.A. VS. Mario Ernesto Alvarado

Docket No.: 2:20-CR-00331-RGK-1

### Petition for Action on Conditions of Pretrial Release (OSC Request)

COMES NOW JEFFREY THOMASON, ACTING CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Mario Ernesto Alvarado, who was placed under pretrial release supervision by the Honorable John E. McDermott, sitting in the Court at Los Angeles, California, on the 16th day of July, 2020, under the General Conditions of Release and additional conditions as listed on the attached District Court's Release Order and Bond Form (CR-1).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. The defendant failed to report as directed to Pretrial Services on April 12, 13, 19, and 23, 2021.

2. The defendant failed to report for drug testing on April 23, 2021

3. The defendant failed to report for drug testing on April 26, 2021.

4. The defendant has failed to maintain or actively seek employment and provide proof to Pretrial Services.

**PRAYING THAT THE COURT WILL ORDER** Mario Ernesto Alvarado cited into Court on May 6, 2021, at 9:00 a.m., to show cause why the defendant's bond should not revoked.

ORDER OF COURT

Considered and ordered this __30th__ day of __April__, 20__21__ and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE R. GARY KLAUSNER

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on April 28, 2021

Joslyn Harris (Digitally signed by Joslyn Harris)

_____
JOSLYN HARRIS
U.S. Probation & Pretrial Services Officer
Place: Los Angeles, California