# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:20-cr-00331-RGK-1 |
| Date | September 8, 2021 |

| | |
|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
| Interpreter | N/A |

| Jennifer Graciano | Sherri Kleeger | Bruce Riordan/Joseph Axelrad |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MARIO ERNESTO ALVARADO | X | X | | Gabriela Rivera, DFPD | X | X | |
| | | | | Chad Pennington, DFPD | X | X | |

**Proceedings:** **STATUS CONFERENCE (Held and CONTINUED)**

    Case called and appearances made. Also present is Cuauhtémoc Ortega, FPD and Ashwini Mate, DFPD (Appellate Section). The Court and counsel confer on the record. Out of the presence of the Government, Counsel for the defendant address the Court.

    In the presence of all parties: The Court states on the record that it hereby relieves the office of the Federal Public Defender of its duties in the present matter.

    The Court appoints Michael M. Crain, CJA according to the CJA Panel Duty Day. **The status conference is continued to September 9, 2021 at 9:00 am.**

            : 06

**IT IS SO ORDERED.**

           Initials of Deputy Clerk     jgr

cc:    USPO/Pretrial Services;
       **Michael M. Crain**
       P.O. Box 3730
       Santa Monica, CA, 90408
       michaelmcrain@aol.com