## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:20-cr-00331-RGK-1 |
| Date | February 28, 2023 |

**Present: The Honorable** R. GARY KLAUSNER, U.S. District Judge

**Interpreter** n/a

| Joseph Remigio | Miriam Baird | Bruce Riordan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mario Ernesto Alvarado | X | | X | Shaun Khojayan, CJA | X | X | |

**Proceedings:** HEARING RE ORDER TO SHOW CAUSE RE: BOND REVOCATION

The case is called. Counsel and defendant make their appearance. Also present is U.S. Pretrial Services Officer Joslyn Harris.

The Court hears from counsel and Ms. Harris.

For the reasons more fully stated on the record, defendant's bond is revoked. Defendant is remanded forthwith to the custody of the U.S. Marshal Service pending sentencing. Remand order furnished to Deputy U.S. Marshal in the courtroom.

IT IS SO ORDERED.

| | : | 11 |
|---|---|---|
| | Initials of Deputy Clerk | JRE |